# 1144                    133 NEW YORK SUPPLEMENT

SIEBE, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 1911.) Action by Albert Siebe against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

SIMON, Respondent, v. RICHMAN, Appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Tillie Simon against Louis L. Richman. No opinion. Judgment and order unanimously affirmed, with costs.

SISSON, Respondent, v. SPRAGUE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Albert Sisson against Charles S. Sprague. No opinion. Motion granted and appeal dismissed, with $10 costs.

SLATER, Appellant, v. SHIMKO, Respondent. (Supreme Court, Appellate Division, Second Department. March 21, 1912.) Action by Isaac Slater against Michaelino Shimko. No opinion. Order affirmed by default, with $10 costs and disbursements.

SLINEY, Appellant, v. FIRE DEPARTMENT OF TOWN OF NEWTOWN et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by John R. Sliney against the Fire Department of the Town of Newtown and others. No opinion. Motion denied, with $10 costs.

In re SMITH. (Supreme Court, Appellate Division, Second Department. March 21, 1912.) In the matter of the objections of Charles E. Smith to the Independent Democratic certificate, filed under the emblem of "Sunrise over the Horizon," etc. No opinion. Order affirmed, without costs.

SMITH, Respondent, v. DR. PRATT INSTITUTE OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 17, 1912.) Action by Mina Smith against the Dr. Pratt Institute of New York and another. No opinion. Order affirmed, with $10 costs and disbursements.

SMITH v. MAY et al. (Supreme Court, Appellate Division, Second Department. February 23. 1912.) Action by Abbie W. Smith against Ada May and others.
PER CURIAM. Judgment affirmed, with costs.
BURR, J., not voting.

SMITH, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. February, 2, 1912.) Action by Margaret Allum Smith against George D. Smith, Jr. No opinion. Order affirmed, with $10 costs and disbursements.

In re SNITKIN. (Supreme Court, Appellate Division, First Department. February 23, 1912.) In the matter of Leonard A. Snitkin.
PER CURIAM. So much of motion denied as seeks to require petitioner to amplify the supplemental petition, and respondent granted 20 days after service of the order to be entered hereon within which to make and file an answer to the petition and supplemental petition. Settle order on notice.

In re SOLOTAROFF. (Supreme Court, Appellate Division, First Department. February 9, 1912.) In the matter of David H. Solotaroff. No opinion. Proceeding dismissed. Settle order on notice. See, also, 142 App. Div. 940, 127 N. Y. Supp. 1145.

SOMMER, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by John E. Sommer against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

SPOTTEN, Appellant, v. DE FREEST et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Action by John B. Spotten against William W. De Freest and another. No opinion. Order reversed, and motion denied, without costs of motion or of appeal. See, also, 140 App. Div. 792, 125 N. Y. Supp. 497.

STALLMAN et al., Respondents, v. BARROWCLOUGH, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by George W. Stallman and another against Rose L. Barrowclough. No opinion. Judgment affirmed, with costs.

STATEN ISLAND WATER SUPPLY CO., Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. February 2, 1912.) Action by the Staten Island Water Supply Company against the City of New York. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 144 App. Div. 318, 128 N. Y. Supp. 1028.

STEFANIAK, Respondent, v. SCHMIDT, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Valentine Stefaniak against Hans Schmidt.
PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $4,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed. without costs of this appeal to either party.